Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
Lawrence Etah

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE ETAH,<br><br>         Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>         Defendant. | **Case No.: 2:20-cv-05778-SVW-JC**<br><br><br><br>**NOTICE OF SETTLEMENT** |

//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after September 21, 2020 for filing a request for dismissal.

Respectfully submitted,

Date:  July 22, 2020                                              **KAZEROUNI LAW GROUP, APC**

By:  _s/ Yana A. Hart_
     Yana A. Hart
     *Attorneys for Plaintiff*